IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Encore Receivable Management, Inc., et al.,     :
                                                :
            Plaintiff(s),                       :
                                                :    Case Number: 1:12cv297
        vs.                                     :
                                                :    Chief Judge Susan J. Dlott
ACE Property, et al.,                           :
                                                :
            Defendant(s).                       :

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The

Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

IT IS SO ORDERED.


                                    ___s/Susan J. Dlott_____
                                    Susan J. Dlott
                                    Chief United States District Court Judge