IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

ENCORE RECEIVABLE MANAGEMENT,
INC., et al.,

    Plaintiffs,                                            Case No. 1:12-cv-297

    v.                                                   District Judge Weber

ACE PROPERTY AND CASUALTY INSURANCE
COMPANY, et al.,

    Defendants.

STIPULATED EXTENSION OF TIME TO MOVE OR PLEAD

Pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of Ohio, the parties hereby agree and stipulate that Defendant ACE Property and Casualty Insurance Company ("ACE") shall have an additional twenty-one (21) days in which to move or plead in response to Plaintiffs' complaint.  ACE's new response date is May 25, 2012.  There have been no prior stipulated extensions.

So stipulated:

| | |
|---|---|
| /s/ James E. Arnold by Sabrina Haurin<br>per auth. granted 04/24/12<br>James E. Arnold  (0037712)<br>Trial Attorney for Plaintiffs<br>115 West Main Street, 4th Floor<br>Columbus, Ohio  43215<br>Telephone:    (614) 460-1600<br>Telefax:    (614) 469-1066<br>jarnold@arnlaw.com | /s/ Michael Goodstein by Sabrina Haurin<br>per auth. granted 04/23/12<br>Michael Goodstein  (0080476)<br>Trial Attorney for Defendant ACE Property and Casualty Insurance Company<br>One Columbus<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio  43215-3422<br>Telephone:    (614) 229-3231<br>Telefax:    (614) 221-0479<br>michael.goodstein@baileycavalieri.com |

Of counsel:

Matthew J. Burkhart  (0068299)
James E. Arnold & Associates, LPA
115 West Main Street, 4th Floor
Columbus, Ohio  43215
Telephone:    (614) 460-1637
Telefax:       (614) 469-1129
mburkhart@arnlaw.com

James E. Arnold & Associates, LPA
115 West Main Street, 4th Floor
Columbus, Ohio  43215
Telephone:    (614) 460-1600
Telefax:       (614) 469-1066

Robin L. Cohen (pro hac vice admission pending)
Adam S. Ziffer (pro hac vice admission pending)
Burt M. Garson (pro hac vice admission pending)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York  10019
Telephone:  (212) 506-1770
Telefax:      (212) 506-1800
rcohen@kasowitz.com
aziffer@kasowitz.com
bgarson@kasowitz.com

Counsel for Plaintiffs

Of counsel:

Sabrina Haurin    (0079321)
Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Telephone:    (614) 229-3253
Telefax:       (614) 221-0479

Bailey Cavalieri LLC
One Columbus
10 West Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Telephone:    (614) 221-3155
Telefax:       (614) 221-0479

Counsel for Defendant ACE Property and Casualty Insurance Company

2

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulated Extension of Time to Move or Plead was served upon Plaintiffs through the Court's CM/ECF system this 24th day of April 2012.  I further certify that I served the foregoing via first-class United States mail, postage, prepaid, this 24th day of April 2012 upon Defendants as follows.

| | |
|---|---|
| American Guaranty and Liability Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio  43215 | American Guaranty and Liability Insurance Company<br>1400 American Lane<br>Schaumburg, Illinois  60196-1056 |
| American Home Assurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio  43215 | American Home Assurance Company<br>175 Water Street, 18th Floor<br>New York, New York  10038 |
| Continental Casualty Company<br>c/o CT Corporation System<br>1300 East 9th Street, Suite 1010<br>Cleveland, Ohio  44114 | Continental Casualty Company<br>333 South Wabash Avenue, Floor 22<br>Chicago, Illinois  60604 |
| Discovery Property and Casualty Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio  43215 | Discovery Property and Casualty Insurance Company<br>385 Washington Street<br>St. Paul, Minnesota  55102 |
| Federal Insurance Company<br>c/o CT Corporation System<br>1300 East 9th Street, Suite 1010<br>Cleveland, Ohio  44114 | Federal Insurance Company<br>15 Mountain View Road<br>Warren, New Jersey  07059 |
| St. Paul Fire and Marine Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio  43215 | St. Paul Fire and Marine Insurance Company<br>One Tower Square<br>Hartford, Connecticut  06183 |

                                                   /s/ Sabrina Haurin
                                                   Sabrina Haurin (0079321)