IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ENCORE RECEIVABLE
MANAGEMENT, INC., et al.,

    Plaintiffs,

v.

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY, et al.,

    Defendants.

Case No. 1:12-cv-00297

Judge Weber

## MOTION FOR ADMISSIONS PRO HAC VICE

Pursuant to Rule 83.3(e) of the Local Rules of the United States District Court for the Southern District of Ohio, James E. Arnold, Trial Attorney for Plaintiffs Encore Receivable Management, Inc. and Convergys Customer Management Group, Inc. ("Plaintiffs"), here moves the Court to admit Robin L. Cohen, Adam S. Ziffer, and Burt M. Garson pro hac vice to appear and participate as counsel or co-counsel for Plaintiffs in this action.

Mr. Arnold represents that Ms. Cohen and Messrs. Ziffer and Garson are members in good standing of the highest court of the State of New York as attested by the accompanying certificates of good standing (attached as Exhibits A, B, and C) and that they are not eligible to become members of the permanent bar of this Court. This motion is accompanied by the required $200 fee for each applicant.

Ms. Cohen and Messrs. Ziffer and Garson understand that, unless expressly excused, they must register for electronic filing with this Court promptly upon the granting of this motion.

**Approved / Granted**

*[signature]*

Herman J. Weber
Senior United States District Judge
Date: 4/24/12