# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC. et al., | CASE NO. 1:12-CV-297 |
| Plaintiffs, | Judge Herman J. Weber |
| | Magistrate Judge Karen L. Litkovitz |
| v. | |
| | **NOTICE OF APPEARANCE OF** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al. | **AMERICAN HOME ASSURANCE COMPANY** |
| Defendants. | |

Now Comes Defendant, American Home Assurance Company, by and through the undersigned counsel, and hereby notifies the Court and all concerned that McCormick Barstow LLP hereby enters an appearance on its behalf in this matter.

Respectfully submitted,

*/s/ Christopher M. Ryan*_____
Christopher M. Ryan (0084607)
Patrick Fredette (0080523), *motion for pro hac vice to follow*
Jennifer Bilz (0080314), *motion for pro hac vice to follow*
McCormick Barstow LLP
312 Walnut Street
Cincinnati, Ohio 45202
Telephone: (513) 762-7520
Fax: (513) 762-7521
christopher.ryan@mccormickbarstow.com
patrick.fredette@mccormickbarstow.com
jennifer.bilz@mccormickbarstow.com

## **CERTIFICATE OF SERVICE**

  A copy of the foregoing will be sent via operation of the Court's ECF system on the date of filing to counsel for all parties of record:

                */s/ Christopher M. Ryan*_____
                One of the attorneys for Defendant American Home Assurance Company

00003/00170-1970302.v1