# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC. et al., | ) ) ) | CASE NO. 1:12-CV-297 |
| Plaintiffs, | ) ) | Judge Herman J. Weber |
| | ) | Magistrate Judge Karen L. Litkovitz |
| v. | ) ) | **STIPULATION OF EXTENSION OF** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al. | ) ) ) | **TIME TO MOVE OR PLEAD** |
| Defendants. | ) ) | |

Pursuant to Local Rule 6.1 of the United States District Court for the Southern District of Ohio, the parties hereby agree and stipulate that Defendant American Home Assurance Company shall have an additional twenty-one (21) days in which to move or plead in response to Plaintiffs' complaint. American Home's new response date is May 25, 2012. There have been no prior stipulated extensions.

So stipulated:

| | |
|---|---|
| */s/ James E. Arnold per authorization* | */s/ Christopher M. Ryan* |
| James E. Arnold (0037712) | Christopher M. Ryan (0084607) |
| James E. Arnold & Associates, LPA | Patrick Fredette (0080523), *pro hac vice pending* |
| 115 West Main Street, 4th Floor | Jennifer Bilz (0080314), *pro hac vice pending* |
| Columbus, Ohio 43215 | McCormick Barstow LLP |
| (614) 460-1600 | 312 Walnut Street |
| (614) 469-1066 Fax | Cincinnati, Ohio 45202 |
| mburkhart@arnlaw.com | (513) 762-7520 |
| | (513) 762-7521 Fax |
| | christopher.ryan@mccormickbarstow.com |
| | patrick.fredette@mccormickbarstow.com |
| | jennifer.bilz@mccormickbarstow.com |

## **CERTIFICATE OF SERVICE**

A copy of the foregoing will be sent via operation of the Court's ECF system on the date of filing to counsel for all parties who have made an appearance.

A copy of the foregoing was served via first class mail on the this 25th day of April, 2012 to the following:

| | |
|---|---|
| American Guaranty and Liability Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio 43215 | American Guaranty and Liability Insurance Company<br>1400 American Lane<br>Schaumburg, Illinois 60196-1056 |
| American Home Assurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio 43215 | American Home Assurance Company<br>175 Water Street, 18th Floor<br>New York, New York 10038 |
| Continental Casualty Company<br>c/o CT Corporation System<br>1300 East 9th Street, Suite 1010<br>Cleveland, Ohio 44114 | Continental Casualty Company<br>333 South Wabash Avenue, Floor 22<br>Chicago, Illinois 60604 |
| Discovery Property and Casualty Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio 43215 | Discovery Property and Casualty Insurance Company<br>385 Washington Street<br>St. Paul, Minnesota 55102 |
| Federal Insurance Company<br>c/o CT Corporation System<br>1300 East 9th Street, Suite 1010<br>Cleveland, Ohio 44114 | Federal Insurance Company<br>15 Mountain View Road<br>Warren, New Jersey 07059 |
| St. Paul Fire and Marine Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broad Street, Suite 1800<br>Columbus, Ohio 43215 | St. Paul Fire and Marine Insurance Company<br>One Tower Square<br>Hartford, Connecticut 06183 |

*/s/ Christopher M. Ryan*
One of the attorneys for Defendant American Home Assurance Company

00003/00170-1972848.v1