AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____         _____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Appearance of Counsel was served upon Plaintiffs and Defendant American Home Assurance Company through the Court's CM/ECF system this 25th day of April 2012.  I further certify that I served the foregoing via first-class United States mail, postage, prepaid, this 25th day of April 2012 upon the below Defendants as follows.

American Guaranty and Liability Insurance Company
c/o CSC-Lawyers Inc. Service
50 West Broad Street, Suite 1800
Columbus, Ohio  43215

American Guaranty and Liability Insurance Company
1400 American Lane
Schaumburg, Illinois  60196-1056

Continental Casualty Company
c/o CT Corporation System
1300 East 9th Street, Suite 1010
Cleveland, Ohio  44114

Continental Casualty Company
333 South Wabash Avenue, Floor 22
Chicago, Illinois  60604

Discovery Property and Casualty Insurance Company
c/o CSC-Lawyers Inc. Service
50 West Broad Street, Suite 1800
Columbus, Ohio  43215

Discovery Property and Casualty Insurance Company
385 Washington Street
St. Paul, Minnesota  55102

Federal Insurance Company
c/o CT Corporation System
1300 East 9th Street, Suite 1010
Cleveland, Ohio  44114

Federal Insurance Company
15 Mountain View Road
Warren, New Jersey  07059

St. Paul Fire and Marine Insurance Company
c/o CSC-Lawyers Inc. Service
50 West Broad Street, Suite 1800
Columbus, Ohio  43215

St. Paul Fire and Marine Insurance Company
One Tower Square
Hartford, Connecticut  06183

  /s/ Michael Goodstein
Michael Goodstein  (0080476)

#709223v1
70577.09306