UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC., et al. | : | CASE NO. 1:12-CV-00297 |
| | : | |
| | : | JUDGE HERMAN J. WEBER |
| PLAINTIFF, | : | |
| | : | |
| v. | : | **STIPULATED EXTENSION OF** |
| | : | **TIME TO MOVE OR PLEAD** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al., | : | |
| | : | |
| DEFENDANTS. | : | |

Pursuant to Rule 6.1 of the Local Rules of the United States District Court for the Southern District of Ohio, the parties hereby agree and stipulate that Defendant, Continental Casualty Company, shall have an additional twenty-one (21) days in which to move or plead in response to Plaintiff's Complaint. Defendant, Continental Casualty's new response date is May 25, 2012. There have been no prior stipulated extensions.

So stipulated:

/s/James E. Arnold /per consent 4/26/12
James E. Arnold (0037712)
Matthew J. Burkhart (0068299)
James E. Arnold & Associates Co., L.P.A.
115 West Main Street, Suite 400
Columbus, Ohio 43215
Phone: 614) 460-1600
Fax: (614) 469-1066
jarnold@arnlaw.com
*Attorney for Plaintiffs*

Robin L. Cohen (pro hac vice admission pending)
Adam S. Ziffer (pro hac vice admission pending)
Burt M. Garson (pro hac vice admission

/s/Joseph W. Borchelt
JOSEPH W. BORCHELT (0075387)
REMINGER CO., L.P.A.
525 Vine Street, Suite 1700
Cincinnati, Ohio 45202
513-721-1311 phone; 513-721-2553 fax
jborchelt@reminger.com
*Attorney for Defendant, Continental Casualty Company*

| | |
|---|---|
| pending)<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10019<br>Phone: (212) 506-1770<br>Fax: (212) 506-1800<br>rcohen@kasowitz.com<br>aziffer@kasowitz.com<br>bgarson@kasowitz.com<br>***Attorney for Plaintiffs*** | /s/Joseph W. Borchelt_____<br>Karen W. Howard<br>(pro hac vice admission pending)<br>Colliau, Carluccio, Keener, Morrow, Peterson & Parsons<br>333 S. Wabash Ave., 25th Floor<br>Chicago, IL 60604<br>Phone: (312) 822-2515<br>Fax: (312) 817-2486<br>karen.howard2@cna.com<br>***Attorney for Defendant, Continental Casualty Company*** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically this 30th day of April, 2012. Notice of filing will be sent to all parties through the Court's electronic filing system.

| | |
|---|---|
| James E. Arnold<br>Matthew J. Burkhart<br>James E. Arnold & Associates Co., L.P.A.<br>115 West Main Street, Suite 400<br>Columbus, Ohio 43215<br>***Counsel for Plaintiffs*** | Sabrina Christine Haurin<br>Bailey Cavalieri LLC<br>10 West Broad Street, Suite 2100<br>Columbus, Ohio 43215<br>***Counsel for Defendant, ACE Property and Casualty Insurance Company*** |
| American Guarantee and Liability Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broadway, Suite 1800<br>Columbus, Ohio 43215 | American Guarantee and Liability Insurance Company<br>1400 American Lane<br>Schaumburg, Illinois 60196-1056 |
| Federal Insurance Company<br>c/o CT Corporation<br>1300 East 9th Street, Suite 1010<br>Cleveland, Ohio 44114 | Federal Insurance Company<br>15 Mountain View Road<br>Warren, New Jersey 07059 |
| St. Paul Fire and Marine Insurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broadway, Suite 1800<br>Columbus, Ohio 43215 | St. Paul Fire and Marine Insurance Company<br>One Tower Square<br>Hartford, Connecticut 06183 |
| American Home Assurance Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broadway, Suite 1800<br>Columbus, Ohio 43215 | American Home Assurance Company<br>175 Water Street, 18th Floor<br>New York, New York 10038 |
| Discovery Property and Casualty Company<br>c/o CSC-Lawyers Inc. Service<br>50 West Broadway, Suite 1800<br>Columbus, Ohio 43215 | Discovery Property and Casualty Company<br>385 Washington Street<br>St. Paul Minnesota 55102 |

/s/Joseph W. Borchelt
Joseph W. Borchelt (0075387)