UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC., et al., | ) CASE NO:  1:12-CV-297 ) ) JUDGE HERMAN J. WEBER |
| Plaintiffs, | ) ) **STIPULATED LEAVE TO PLEAD** |
| v. | ) ) |
| ACE PROPERTY AND CASUALTY INSURANCE CO.,  et al., | ) ) ) |
| Defendants. | ) |

Counsel for Plaintiffs Encore Receivable Management, Inc. and Convergys Customer Management Group and Defendant American Guarantee Insurance Company ("AGIC") do hereby stipulate that AGIC shall have up to and including May 25, 2012 in which to move, plead or otherwise answer Plaintiffs' Complaint.  No previous extensions have been granted.

Respectfully submitted,

*/s/ James E. Arnold*
*Per email consent (5/1/12)*
JAMES E. ARNOLD
MATTHEW J. BURKHART
James E. Arnold & Associates Co., LPA
115 West Main Street
4th Floor
Columbus, Ohio  43215
Phone:  614-460-1600
Fax:  614-469-1066
Email: jarnold@arnlaw.com

*Attorneys for Plaintiffs*

*/s/ Crystal L. Maluchnik*
STEVEN G. JANIK (0021934)
CRYSTAL L. MALUCHNIK (0077875)
JANIK L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3521
Phone:  440-838-7600
Fax:  440-838-7601
Email: Steven.Janik@Janiklaw.com
Crystal.Maluchnik@Janiklaw.com

*Attorneys for American Guarantee Insurance Company*

{00521022; 1; 0469-0293}     1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 1st day of May, 2012.  Notice of this filing will be sent to Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Crystal L. Maluchnik*
*One of the Attorneys for Defendant American Guarantee Insurance Company*