# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC. et al., | ) ) ) | CASE NO. 1:12-CV-297 |
| Plaintiffs, | ) ) ) | Judge Herman J. Weber <br> Magistrate Judge Karen L. Litkovitz |
| v. | ) ) | **MOTION FOR ADMISSION** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al. | ) ) ) | **PRO HAC VICE** |
| Defendants. | ) | |

Pursuant to S.D. Ohio Civ. R. 83.3(e), Christopher M. Ryan, Esq., counsel for Defendant American Home Assurance Company ("American Home") in the above-referenced action, moves the Court to admit Patrick Fredette, Esq. and Jennifer Bilz, Esq. *pro hac vice* to appear and participate as counsel in this case for American Home.

Movant represents that Patrick Fredette, Esq. and Jennifer Bilz, Esq. are members in good standing of the highest Court of the State of Ohio as attested by the accompanying certificates from that Court and that Patrick Fredette, Esq. and Jennifer Bilz, Esq. are seeking permanent admission to the United States District Court for the Southern District of Ohio as promptly as is practicable. This Motion is accompanied by the required $200.00 fee per applicant.

Patrick Fredette, Esq. and Jennifer Bilz, Esq. understand that, unless expressly excused, they must register for electronic filling with this Court promptly upon the granting of this Motion.

Patrick Fredette, Esq.'s relevant identifying information is as follows:

Business telephone: (513) 762-7520   Business fax: (513) 762-7521
Business address: 312 Walnut Street, Suite 1050

**Approved / Granted**

Herman J. Weber
Senior United States District Judge
Date: 5/02/12