UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC.<br><br>CONVERGYS CUSTOMER MANAGEMENT GROUP, INC.<br><br>    Plaintiffs<br><br>vs<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>AMERICAN GUARANTEE INSURANCE COMPANY<br><br>AMERICAN HOME INSURANCE COMPANY<br><br>CONTINENTAL CASUALTY COMPANY<br><br>DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>FEDERAL INSURANCE COMPANY<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>    Defendants | CASE NO. 1:12-CV-297<br><br>Judge Herman J. Weber<br>Magistrate Judge Karen L. Litkovitz<br><br>**STIPULATION OF EXTENSION OF TIME TO MOVE OR PLEAD FOR DEFENDANTS DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY AND ST. PAUL FIRE AND MARINE INSURANCE COMPANY** |

Pursuant to Local Rule 6.1 of the United States District Court for the Southern District of Ohio, the parties hereby agree and stipulate that Defendants Discover Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Company shall have an additional twenty-one (21) days in which to move or plead in response to Plaintiffs' Complaint. Defendants Discover Property and Casualty Insurance Company and St. Paul Fire and Marine

Insurance Company's new response date is May 25, 2012.  There have been no prior stipulated extensions.

So stipulated:

| | |
|---|---|
| /s/ James E. Arnold per authorization | /s/ R. Gary Winters |
| James E. Arnold 0037712 | R. Gary Winters  0018680 |
| JAMES E. ARNOLD & ASSOCIATES | Bernard W. Wharton 0063487 |
| 115 West Main Street, 4th Floor | McCASLIN, IMBUS & McCASLIN |
| Columbus, OH 43215 | 632 Vine Street, Suite 900 |
| (614) 460-1600 phone | Cincinnati, OH  45202 |
| (614) 469-1066 fax | (513)  421-4646 phone |
| mburkart@arnlaw.com | (513) 421-7929 fax |
| | rgwinters@mimlaw.com |
| *Attorney for Plaintiffs* | bwwharton@mimlaw.com |
| | |
| | *Attorneys for Defendants Discover Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd  day of May, 2012 , a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
632 Vine Street, Suite 900
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
rgwinters@mimlaw.com
bwwharton @mimlaw.com

*Attorneys for Defendants Discover Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Company*