# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC., et al., | : | |
| | : | CASE NO. 1:12CV-297 |
| Plaintiffs, | : | JUDGE HERMAN J. WEBER |
| | : | |
| v. | : | MAGISTRATE JUDGE |
| | : | KAREN L. LITKOVITZ |
| | : | |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al., | : | STIPULATION FOR EXTENSION OF TIME TO MOVE OR PLEAD |
| | : | |
| Defendant. | : | |

    Pursuant to Local Rule 6.1 of the United States District Court for the Southern District of Ohio, the parties hereby agree and stipulate that Defendant Federal Insurance Company shall have an additional twenty-one (21) days in which to move or plead in response to Plaintiffs' Complaint. Federal Insurance Company's new response date is May 25, 2012. There have been no prior stipulated extensions.

                                                         Respectfully submitted,

| | |
|---|---|
| s/ Matthew J. Burkhart | s/ D John Travis |
| **MATTHEW J. BURKHART** | **D JOHN TRAVIS (0011247)** |
| James E. Arnold & Associates | **GARY L. NICHOLSON (0005268)** |
| 115 W. MAIN ST., STE. 400 | GALLAGHER SHARP |
| Columbus, Ohio 43215 | Sixth Floor - Bulkley Building |
| Ph. 614-460-1637 | 1501 Euclid Avenue |
| mburkhart@arnlaw.com | Cleveland, Ohio 44115 |
| Attorney for Plaintiff Encore | (216) 241-5310 (phone) |
| Receivable Management, Inc. | (216) 241-1608 (fax) |
| | jtravis@gallaghersharp.com; |
| | gnicholson@gallaghersharp.com |
| | Attorneys for Defendant |
| | Federal Insurance Company |

CERTIFICATE OF SERVICE

    I hereby certify that on May 2, 2012 the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

    s/*D John Travis*
**D JOHN TRAVIS (0011247)**
**GARY L. NICHOLSON (0005268)**