UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC.<br><br>CONVERGYS CUSTOMER MANAGEMENT GROUP, INC.<br><br>    Plaintiffs<br><br>vs<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>AMERICAN GUARANTEE INSURANCE COMPANY<br><br>AMERICAN HOME INSURANCE COMPANY<br><br>CONTINENTAL CASUALTY COMPANY<br><br>DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>FEDERAL INSURANCE COMPANY<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY<br><br>    Defendants | CASE NO.  1:12-CV-297<br><br><br>Judge Herman J. Weber<br>Magistrate Judge Karen L. Litkovitz<br><br><br><br>**NOTICE OF FILING OF CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE OF COUNSEL** |

    Please take notice that R. Gary Winters and Bernard W. Wharton of the law firm of McCaslin, Imbus & McCaslin, 632 Vine Street, Suite 900, Cincinnati, Ohio 45202 have filed their Notices of Appearance of Counsel for Defendants Discovery Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Company in the within case.

/s/ R. Gary Winters
R.  Gary Winters  0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
632 Vine Street, Suite 900
Cincinnati, OH  45202
(513)  421-4646 phone
(513) 421-7929 fax
rgwinters@mimlaw.com
bwwharton@mimlaw.com

*Attorneys for Defendants Discover Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd  day of May, 2012 , a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ R. Gary Winters
R. Gary Winters   0018680
Bernard W. Wharton 0063487
McCASLIN, IMBUS & McCASLIN
632 Vine Street, Suite 900
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
rgwinters@mimlaw.com
bwwharton @mimlaw.com

*Attorneys for Defendants Discover Property and Casualty Insurance Company and St. Paul Fire and Marine Insurance Company*