UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC., et al., | ) CASE NO:  1:12-CV-297 )  ) JUDGE HERMAN J. WEBER |
| Plaintiffs, | ) ) **NOTICE OF APPEARANCE** |
| v. | ) ) |
| ACE PROPERTY AND CASUALTY INSURANCE CO.,  et al., | ) ) ) |
| Defendants. | ) |

Please take notice of the appearance of Steven G. Janik and Keith W. Schneider as additional counsel for Defendant American Guarantee Insurance Company in the captioned matter.

    Respectfully submitted,

    */s/ Steven G. Janik*_____
    STEVEN G. JANIK (0021934)
    CRYSTAL L. MALUCHNIK (0077875)
    KEITH W. SCHNEIDER (0041616)
    JANIK L.L.P.
    9200 South Hills Boulevard, Suite 300
    Cleveland, Ohio 44147-3521
    Phone:  440-838-7600
    Fax:  440-838-7601
    Email: Steven.Janik@Janiklaw.com
    Crystal.Maluchnik@Janiklaw.com
    Keith.Schneider@Janiklaw.com

    *Attorneys for American Guarantee Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically this 3rd day of May, 2012.  Notice of this filing will be sent to Parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Steven G. Janik*
*One of the Attorneys for Defendant American Guarantee Insurance Company*