UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**Approved / Granted**

Herman J. Weber
Senior United States District Judge
Date: 5/9/12

ENCORE RECEIVABLE )
MANAGEMENT, INC., CONVERGYS )
CUSTOMER MANAGEMENT GROUP, )
INC., )
)
    Plaintiffs, )
) No. 1:12-cv-297
    vs. )
)
ACE PROPERTY AND CASUALTY ) Judge Herman J. Weber
INSURANCE COMPANY, AMERICAN )
GUARANTEE INSURANCE COMPANY, )
AMERICAN HOME ASSURANCE ) **MOTION FOR ADMISSION**
COMPANY, CONTINENTAL CASUALTY) ***PRO HAC VICE***
COMPANY, DISCOVER PROPERTY )
AND CASUALTY INSURANCE )
COMPANY, FEDERAL INSURANCE )
COMPANY, ST. PAUL FIRE AND )
MARINE INSURANCE COMPANY, )
)
    Defendants. )

---

Pursuant to S.D. Ohio R. 83.3(e) and 83.4(a), Joseph W. Borchelt, trial attorney for Continental Casualty Company in the above-referenced action, hereby moves the Court to admit Karen W. Howard *pro hac vice* to appear and participate as counsel or co-counsel in this case for Continental Casualty Company.

Movant represents that Karen W. Howard is a member in good standing of the highest court of the State of Illinois as attested by the accompanying certificate from that court, and that Karen W. Howard is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Karen W. Howard understands that, unless expressly excused, she must register for electronic filing with this Court promptly upon the granting of this Motion.