UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC., et al. | : | CASE NO. 1:12-CV-00297 |
| | : | |
| | : | JUDGE HERMAN J. WEBER |
| PLAINTIFF, | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE OF COUNSEL** |
| | : | |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, et al., | : | |
| | : | |
| | : | |
| DEFENDANTS. | : | |

Now comes Defendant, Continental Casualty Company, by and through counsel, and hereby notifies this Honorable Court of the appearance of Joseph W. Borchelt and Karen W. Howard as counsel of record for Defendant, Continental Casualty Company, in the within matter.

Respectfully Submitted,

/s/Joseph W. Borchelt
JOSEPH W. BORCHELT (0075387)
REMINGER CO., L.P.A.
525 Vine Street, Suite 1700
Cincinnati, Ohio 45202
Phone: (513) 721-1311
Fax: (513) 721-2553
jborchelt@reminger.com

/s/Joseph W. Borchelt
Karen W. Howard
(pro hac vice admission pending)
Colliau, Carluccio, Keener, Morrow, Peterson & Parsons
333 S. Wabash Ave., 25th Floor
Chicago, IL 60604
Phone: (312) 822-2515
Fax: (312) 817-2486
karen.howard2@cna.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically this 10th day of May, 2012. Notice of filing will be sent to all parties through the Court's electronic filing system.

James E. Arnold
Matthew J. Burkhart
James E. Arnold & Associates Co., L.P.A.
115 West Main Street, Suite 400
Columbus, Ohio 43215
*Counsel for Plaintiffs*

Robin L. Cohen
Adam S. Ziffer
Burt M. Garson
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
*Counsel for Plaintiffs*

Steven G. Janik
Crystal L. Maluchnik
Keith W. Schneider
Janik L.L.P.
9200 South Hills Boulevard, Suite 300
Cleveland, Ohio 44147-3521
*Counsel for Defendant, American Guarantee Insurance Company*

Christopher M. Ryan
Patrick Fredette
Jennifer Bilz
McCormick Barstow, LLP
312 Walnut Street, Suite 1050
Cincinnati, Ohio 45202
*Counsel for Defendant, American Home Assurance Company*

Sabrina Christine Haurin
Michael R. Goodstein
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
*Counsel for Defendant, ACE Property and Casualty Insurance Company*

R. Gary Winters
Bernard W. Wharton
McCaslin Imbus & McCaslin, LPA
632 Vine Street, Suite 900
Cincinnati, Ohio 45202
*Counsel for Defendants, Discovery Property and Casualty Company and St. Paul Fire and Marine Insurance Company*

D. John Travis
Gary L. Nicholson
Gallagher Sharp
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
*Counsel for Defendant, Federal Insurance Company*

/s/Joseph W. Borchelt
Joseph W. Borchelt (0075387)