# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ENCORE RECEIVABLE MANAGEMENT, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:12-cv-297 |
| vs. | ) ) | |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, AMERICAN GUARANTEE INSURANCE COMPANY, AMERICAN HOME ASSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, DISCOVER PROPERTY AND CASUALTY INSURANCE COMPANY, FEDERAL INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) | Judge Timothy S. Black<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF CONTINENTAL CASUALTY COMPANY AS TO CAUSES OF ACTION III AND IV |
| Defendants. | ) | |

Upon consideration of the Stipulation of Dismissal with Prejudice of Continental Casualty Company as to Causes of Action III and IV, submitted by Plaintiffs, Encore Receivable Management, Inc. and Convergys Customer Management Group Inc., and Defendant, Continental Casualty Company (the "Stipulation"), this Court finds the same is well-taken and hereby GRANTED.

Causes of Action III and IV are hereby dismissed as to Continental Casualty Company WITH PREJUDICE, subject to the terms of the Stipulation.

IT IS SO ORDERED

          s/ Timothy S. Black
      _____
      Judge Timothy S. Black